UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil No. 7:10-CV-252 D

| | |
|---|---|
| LOL Finance Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Benjamin R. Warrick, as the Administrator of )<br>the Estate of Ferdinand J. Faison, Jr., Dorothy )<br>S. Faison, J. Troy Smith, Jr., Stephanie C. )<br>Crosby, Ward and Smith, P.A., Ferdinand J. )<br>Faison, III, Plato S. Faison, Henry E. Faison, )<br>GST Exempt Trust for the Benefit of )<br>Ferdinand J. Faison, III, GST Exempt Trust for )<br>the Benefit of Plato S. Faison, GST Exempt )<br>Trust for the Benefit of Henry E. Faison, F.J. )<br>Faison, Jr. GST Exempt Trust for the Benefit )<br>of Dorothy S. Faison, Faison Investments, )<br>LLC, Faison Holdings, LLC, John Doe and )<br>ABC Company, )<br>)<br>Defendants. | ORDER |

Pursuant to the parties' Stipulation,

IT IS HEREBY ORDERED that all claims that were asserted or that could have been asserted in this case are dismissed without prejudice and without costs being awarded to any party.

SO ORDERED. This __8__ day of September, 2011.

                                                    JAMES C. DEVER III
                                                  United States District Court Judge